UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-401 (CRC) |
| JOSEPH BIERBRODT | : |

**MOTION TO CONTINUE TRIAL**

Defendant, Joseph Bierbrodt, through undersigned counsel, Stephen F. Brennwald, in support of his Motion to Continue Trial, states as follows:

Defendant is charged with a number of offenses in connection with the events that occurred at the United States Capitol on January 6, 2021.[1]

Trial is scheduled to begin on October 28, 2024.

Undersigned counsel has been meeting with Mr. Bierbrodt and his wife this weekend in Chicago, Illinois, in preparation for trial.[2]

At the outset, defense counsel notes that *he will be ready for trial* on October 28, 2024. This motion is not predicated on an inability to prepare for trial, but on the *extremely unfortunate* timing of the trial – something counsel did not contemplate at the time the trial date was selected.

This Court is obviously aware that the next presidential election will take place on Tuesday, November 5, 2024.

As counsel and Mr. Bierbrodt and his wife spoke yesterday (Saturday, September 28, 2024), they discussed the trial process itself, including jury selection, the government's witnesses, and the defendant's witnesses.

---

[1] Mr. Bierbrodt is charged with a "111(a)" assault, Civil Disorder, the "standard" four misdemeanors usually brought in these cases, as well as two other misdemeanors.
[2] Mr. Bierbrodt and his wife live a little over an hour from Chicago, making that a convenient place for pretrial planning and preparation.

As they worked through the anticipated length and content of various portions of the trial, counsel explained that jury selection in a case like this was likely to take at least one day, given the nature of the charges.  This is especially true because on October 28, 2024, each juror will have a heightened awareness of the election that will take place just six days later.  Emotions will be at a fever pitch.

If jury selection is completed on October 28, 2024, or early on October 29, 2024, opening statements will take about an hour, the Court will also give preliminary instructions, and the government's case will begin.  If the government's case lasts about two and a half days or three days, it will conclude on either Thursday, October 31, 2024, or Friday, November 1, 2024 (if this Court sits on that Friday).  The defense will then present its case, and that could last the whole day (either Friday, November 1, 2024, or Monday, November 4, 2024, if the Court does not sit on Friday, November 1, 2024.

Closing arguments will then begin either on that Monday, or on Tuesday, November 5, 2024 – election day.

Even if the trial portion of the case ends on Friday or Monday, the jury may well be deliberating on the Monday before Election Day or on Election Day itself.

Undersigned counsel spends most of his weeknights and weekends living on the Hill and in the District of Columbia if he is in trial or preparing for trial.  Dozens of his friends and acquaintances have shared their thoughts about the events of January 6, 2024, and because of this, he is very aware of the "mood" of the residents of this city.

And that mood, right now, is one of intense preparation to ensure that the former president never returns to power again.  Counsel's neighbors are actively canvassing for the Democratic Party's nominee in Pennsylvania, phone banking to reach out to voters in swing

states across the country, and otherwise doing everything they can to ensure that Vice-President Harris is elected.

For Mr. Bierbrodt, there could hardly be a more inopportune time to appear before District of Columbia jurors to answer to charges stemming from the events of January 6, 2021.

Because many potential jurors are hyper-focused on the upcoming election and their efforts to support their candidate, if they are still deliberating (or hearing evidence) during the day or two before Election Day they will be extremely distracted by all of the events occurring outside of the jury room.  They will also be in a hurry to conclude their deliberations so that they can either return to their pre-election efforts or they will be distracted by the election itself and its aftermath.

In short, October 28,2024, could not be a worse day to begin a trial of this nature.

Defendant has not asked the government for its position on this motion because he is quite certain that the government will want to proceed regardless of the foregoing issues, for strategic and/or other reasons.

However, defendant must bring this significant problem before the Court, and he is doing as as soon as possible after his lawyer realized and contemplated the significance of the trial date in relation to Election Day.

Again, counsel and the defendant will be ready for trial on Otober 28, 2024, but maintain that it would be impossible, or at the very least nearly impossible, for Mr. Bierbrodt to receive a fair trial if trial begins on that date.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant prays that the trial of his case be continued to a date that does not

present the type of prejudice that exists because of the currently scheduled trial date, and for any other relief the Court may deem just and proper.

                              Respectfully submitted,

                              /s/

                              Stephen F. Brennwald, Esq.
                              Bar No. 398319
                              Brennwald & Robertson, LLP
                              922 Pennsylvania Avenue, S.E.
                              Washington, D.C.  20003
                              (301) 928-7727
                              (202) 544-7626 (facsimile)
                              E-mail:  sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 29th day of September, 2024, to all parties of record.

                              /s/
                              _____
                              Stephen F. Brennwald