UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:23-cr-401 CRC |
| | : | |
| **JOSEPH BIERBRODT,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING SCHEDULED FOR FEBRUARY 3, 2025**

The United States of America, by and through Assistant United States Attorney Jack E. Burkhead, respectfully moves this Court to continue the sentencing in this matter currently scheduled for February 3, 2025. As grounds for this request, the United States submits as follows.

1. On October 28, 2024, the Defendant entered a guilty plea to Counts 1 and 2 of the Indictment, respectively charging violations of 18 U.S.C. § 231(a)(3) (Civil Disorder) and 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers). ECF No. 62. The Court scheduled sentencing to occur on February 3, 2025, at 2:00 p.m. Minute Order, October 28, 2024.

2. In December 2024, the undersigned counsel for the United States learned that he would be out of the country on February 3, 2025. The trip is of a nature that cannot be rescheduled.

3. Counsel for the Defendant, Stephen Brennwald, does not oppose this request.

4. The undersigned has conferred with the Court's deputy who advises that the Court is available on February 18, 2025, at 2pm and February 19, 2025, at 10 and 11am to

conduct the sentencing. Should the Court grant this motion, the undersigned respectfully requests that it be rescheduled to one of those time slots.

    WHEREFORE, for the reasons described above, the United States respectfully requests that this Court continue the February 3, 2025, sentencing date.

Respectfully submitted,

DATED: January 6, 2025

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Jack E. Burkhead
Jack E. Burkhead
NM Bar No. 10493
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
jack.e.burkhead@usdoj.gov